~~Steven G. Rosales~~
~~Attorney at Law: 222224~~
~~Law Offices of Lawrence D. Rohlfing~~
~~12631 East Imperial Highway, Suite C-115~~
~~Santa Fe Springs, CA 90670~~
~~Tel.: (562)868-5886~~
~~Fax: (562)868-8868~~
~~E-mail: rohlfing.office@rohlfinglaw.com~~

~~Attorneys for Plaintiff~~
~~Alberto Arguello Padilla~~

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO ARGUELLO PADILLA, | Case No.: CV 11-3952 AN |
| Plaintiff, | ~~[PROPOSED]~~ ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses: IT IS ORDERED that fees and expenses in the amount of $1,500.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATE:   January 5, 2012

_____
THE HONORABLE ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE